# United States Court of Appeals for the Federal Circuit

July 16, 2015

**ERRATA**

Appeal No. 2012-1289

**BIOSIG INSTRUMENTS, INC.,**
*Plaintiff-Appellant*

**v.**

**NAUTILUS, INC.,**
*Defendant-Appellee*

Decided:  April 27, 2015
Precedential Opinion

Please make the following change:

On page one, replace the sentence

> DANIEL C. MULVENY, Barnes & Thornburg LLP, Wilmington, DE.

with the following sentence:

> DANIEL C. MULVENY, Kessler Topaz Meltzer & Check, LLP, Radnor, PA.